# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERPFC Releasing, Inc. (as agent for Crowvision, Inc.) a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 21-cv-05570 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 53 | ART SOURCE IMP&EXP CO.,LTD |
| 77 | JIANIGN |
| 97 | NeonPartyShop |
| 115 | TPLWS |
| 158 | first-super-store |
| 178 | BricksByChay |
| 179 | CheesyRetroTshirts |
| 182 | FLUXTSHIRTS |

Dated: December 29, 2021

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 29, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter