# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERPFC Releasing, Inc. (as agent for Crowvision, Inc.) a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 21-cv-05570<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, and with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 62 | Elizabeth Stores |
| 63 | FRANCIS Store |
| 75 | HusoBY |
| 162 | irichest |
| 173 | yo7yo |
| 185 | PreservedDragons |
| 188 | SpookshowShop |

Dated:   December 29, 2021         Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 29, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Alison Carter
Alison Carter