**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ERPFC RELEASING, INC. (AS AGENT FOR CROWVISION, INC.) A CALIFORNIA CORPORATION, | Case No. 21-cv-05570 |
| PLAINTIFF, | **Judge Sara L. Ellis** |
| v. | **Magistrate Judge Maria Valdez** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | |

**STIPULATION OF DISMISSAL OF TRENDYING_2021CO STORE**
**AND JOINT MOTION TO WITHDRAW**

Plaintiff, ERPFC Releasing, Inc. (as agent for Crowvision, Inc.) a California Corporation, and Defendant, trendying_2021co Store, identified on Schedule A of the Complaint at line 42 [7-3] (collectively, the "Parties") by and through their respective counsel, have reached a mutually satisfactory resolution of all issues between them that were the subject of this action, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly request and stipulate to this dismissal without prejudice, which will convert to a dismissal with prejudice one hundred and eighty (180) days after entry, in the event Plaintiff does not request the Court to vacate the dismissal and reinstate the Defendant, to allow time for the Parties to effectuate and finalize the terms of the Settlement Agreement.

Additionally, the Parties jointly and respectfully request to withdraw Plaintiff's motion for preliminary injunction [24] only as to this Defendant, while keeping the current Preliminary Injunction Order in place as to the remaining Defendants, and the Defendant's pending motion to dismiss [29] given the resolution of the matter and the Defendant's dismissal from the action.

Respectfully submitted, this 7th day of January 2022.

/s/

Alison Carter
Ann Marie Sullivan
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com
***ATTORNEYS FOR PLAINTIFF***

/s/

Sam (Shengmao) Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019
(917)-858-8018
(917)-591-0618 (facsimile)
Email: mousamuel@whitewoodlaw.com
***ATTORNEY FOR DEFENDANT***